UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant* | Case No. 20-cv-1538 (APM) |

### JOINT STATUS REPORT

Pursuant to the Court's Order of July 15, 2022, Plaintiff American Oversight and Defendant United States Department of Justice provide the following update for the Court on the status of this matter and Defendant's search for and processing of responsive records.

On September 12, 2022, Defendants made a final production of five pages previously sent to other agencies for consultation. Plaintiff is currently reviewing this production, and the parties will discuss what, if any, further litigation is necessary.

Accordingly, the parties jointly and respectfully request that they be permitted to file a further joint status report on or before October 27, 2022. At that time, the parties will update the Court with respect to the status of this matter, and, if appropriate, will offer a proposal for a schedule for further proceedings.

Dated September 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar. No. 1016319)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendant*

/s/ *Khahilia Y. Shaw*
KHAHILIA Y. SHAW
D.C. Bar No. 1616974
KATHERINE M. ANTHONY
D.C. Bar No. 1630524

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005 (202) 539-6507
khahilia.shaw@americanoversight.org
katherine.anthony@americanoversight.org

*Counsel for Plaintiff*